In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-094 CV


____________________



LINDA DAVIS, Appellant



V.



DONALD C. SMITH, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 96075






MEMORANDUM OPINION (1)


 On March 20, 2003, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why it needed time for filing the record. Appellant did not respond. The
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20. There
being no satisfactory explanation for the failure to file the record, the appeal is dismissed
for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered May 8, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.